(119 So. 700)

No. 29555.

E. L. CHAPPUIS v. E. J. BARRETT et al.

Nov. 26, 1928. Rehearing Denied Jan. 2, 1929.

Abner C. Chappuis, of Rayne, and Delvaille H. Theard, of New Orleans, for appellant.

Lemle, Moreno & Lemle and Thomas E. Furlow, all of New Orleans, for appellee.

THOMPSON, J. The same issue is presented in this case as in the case of the Same Plaintiff v. J. W. Spencer, 119 So. 697,[1] this day decided.

For the reasons assigned in that case the judgment herein is affirmed.

